Abram L. Myers, Individually and as Trustee of The Estate of Albert M. Docter, Deceased, Appellant, v. Frannie S. Docter et al., Appellees.

Gen. No. 40,557.

opinion filed October 3, 1939. Harry J. Myerson, for appellant; Weightstill Woods, of counsel; Wilhartz & Hirsch, for appellees; J. S. Greenberg, Julian H. Levi and Otto A. Eck, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."